FILED
DEC 10 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# UNITED STATES DISTRICT COURT

**EASTERN** **DISTRICT OF** **VIRGINIA**

**UNITED STATES OF AMERICA**
**v.**
**TIMOTHY TYLER**
**and**
**CHRISTOPHER STEWART**

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:08MJ743

I, Kevin Helton, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about December 9, 2008, in the Eastern District of Virginia, the defendants did knowingly, intentionally and unlawfully possess with the intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

I further state that I am a Task Force Officer with the Drug Enforcement Administration, and that this complaint is based on the following facts:

On December 9, 2008, law enforcement officers used a reliable cooperating source of information to arrange for the purchase of 62 grams of cocaine base from CHRISTOPHER STEWART in the Eastern District of Virginia. Law enforcement officers had the CS call STEWART to make arrangements for the purchase to occur in the Richmond metropolitan area, supplied the CS with $2300 in pre-recorded buy money, and searched the CS and his vehicle with negative results. Per the arrangements the CS made with STEWART, the CS picked up STEWART and the two of them traveled to a parking lot, where they met with TIMOTHY TYLER, who arrived in a separate vehicle. The CS had provided the buy money to STEWART. STEWART then got in TYLER's vehicle and law enforcement officers converged on TYLER's vehicle and took both STEWART and TYLER into custody. Law enforcement officers recovered approximately 62 grams of what appeared to be cocaine base from TYLER's vehicle. Law enforcement officers recovered the $2,300 in prerecorded buy money, $2,000 from TYLER's pants pocket and $300 from STEWART's person. Based on my training and experience with crack cocaine, as well as information provided to me by the CS about his dealing with STEWART and the arrangements that were made by the CS and STEWART that day, I believe the 62 grams recovered from TYLER's vehicle were cocaine base, commonly known as "crack".

**Continued on the attached sheet and made a part hereof.**
___ **Yes** _X_ **No**

KH
Kevin S. Helton, Task Force Officer

**Sworn to before me, and subscribed in my presence in the City of Richmond, Virginia:**

/s/
Dennis W. Dohnal
United States Magistrate Judge

12/10/08
Date