**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CRIMINAL NO.: 3:09CR0014-002** |
| **CHRISTOPHER J. STEWART,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S POSITION**
**WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the Defendant, **Christopher J. Stewart,** by counsel, and advises that he has no objections to the Presentence Investigation Report prepared in his case.

Respectfully submitted,

**CHRISTOPHER J. STEWART**

By ______/s/______

**Jeffrey L. Everhart, Esquire**
Virginia State Bar No. 22328
**Counsel for Christopher J. Stewart**
RICE & EVERHART
4100 East Parham Road, Suite C
Richmond, Virginia 23228
Tel: (804) 672-1087
Fax: (804) 672-0545
e-mail: everhartlaw@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Olivia N. Hawkins, Assistant United States Attorney**
UNITED STATES ATTORNEY'S OFFICE
1800 Main Street Centre
600 East Main Street
Richmond, Virginia 23219

And I hereby certify that I will mail a copy of the document by U.S. mail to the following non-filing user:

**Penelope F. Winsor, United States Probation Officer**
U.S. PROBATION AND PAROLE DEPARTMENT
701 East Broad Street, Suite 1150
Richmond, Virginia 23219

And I hereby certify that I will mail two (2) copies to the Clerk's Office for the Honorable Robert E. Payne, Senior District Judge.

/s/

**Jeffrey L. Everhart, Esquire**
Virginia State Bar No. 22328
**Counsel for Christopher J. Stewart**
RICE & EVERHART
4100 East Parham Road, Suite C
Richmond, Virginia 23228
Tel: (804) 672-1087
Fax: (804) 672-0545
e-mail: everhartlaw@comcast.net

May 27, 2009

Fernando Galindo, Clerk
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
701 East Broad Street
Richmond, VA 23219

*Via U.S. Mail*

Re: **United States of Virginia v. Christopher J. Stewart**
**Case No.: 3:09CR0014-002**

Dear Mr. Galindo:

Enclosed please find, for Judge Payne, two (2) copies of the Defendant's Position With Respect to Sentencing Factors which has been filed electronically with this Court.

Thank you for your kind assistance and cooperation in this matter, and I trust the Clerk's Office will not hesitate to contact me should there be any questions or should I be able to be of further assistance in any way.

Very truly yours,

Jeffrey L. Everhart

JLE/dsb

Enclosures