FILED
NOV 28 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

11/21/2011

Clerk of Courts
District Court 701
East Broad St Suite 300
Richmond Va. 23219

3:09CR014

Christopher StewarT
U.S.# 38130-083
P.O. Box 2000
Fort Dix, NJ 08640

Att: Clerk of Courts,

My name is Christopher Stewart at the present time i'm indigent and would like to Know if I qualify for a reduction of my sentence, because of the changes in the crack Cocaine guidelines.

If I am a qualifing applicant I would like to formally request Council to process my reduction of sentence application. My Council of Choice and former, is Attorney Jeffrey Everhart whom will gladly accept the responsibility of my representation.

Sincerly,
Christopher Stewart
Christopher Stewart

INMATE NAME: Christopher Stewart
REGISTER NO.: 38136-083
HOUSING UNIT: 5811 313 2L
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

23 NOV 2011 PM 2 T

USA FIRST-CLASS FOREVER

U.S. MARSHA[L]
INSPEC[TED]

Clerk of Courts
U.S. District Court 701
East Broad st. Suite 300
Richmond, Va. 23219

23219+3528